IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:14-CV-03063-BNB

STEPHEN DIERKS , individually and on behalf of all others similarly situated,
Plaintiff(s),

v.

DEX MEDIA, INC., a Delaware corporation,
Defendant(s).

_____

**CONSENT FORM PURSUANT TO PILOT PROGRAM TO IMPLEMENT THE DIRECT ASSIGNMENT OF CIVIL CASES TO FULL TIME MAGISTRATE JUDGES**
_____

Under 28 U.S.C. § 636(c) and the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges:

**CHECK ONE**

[ ]  all parties in this civil action **CONSENT** to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

[X]  at least one party in this civil action **DOES NOT CONSENT** to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| s/ Rafey Balabanian | | December 9, 2014 |
| Print name  RAFEY BALABANIAN | STEPHEN DIERKS, PLAINTIFF | |
| s/ Joel Palmer | | December 9, 2014 |
| Print name  JOEL PALMER | DEX MEDIA, INC., DEFENDANT | |

**Adopted January 15, 2014**

Signatures                         Party Represented                      Date


Print name


Print name

**NOTE:**   You must execute and file this Consent Form, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of: (1) not more than ten days after the scheduling conference; or (2) not more than forty-five days after the filing of the first response, other than an answer, to the operative complaint.