IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03063-NYW

STEPHEN DIERKS,

Plaintiff,

v.

Dex Media, Inc.,

Defendant.

# ORDER

Entered by Magistrate Judge Nina Y. Wang

This civil action comes before the court on Defendant Dex Media, Inc. 's ("Defendant") Unopposed Motion for Leave to Appear Telephonically [#36], filed March 17, 2015, and Plaintiff Stephen Dierks' ("Plaintiff") Motion for Leave to File Excess Pages [#37], filed March 17, 2015 (collectively, the "Motions"). Pursuant to the Order Referring Case dated November 13, 2014 [#5] and the memoranda dated March 18, 2014 [#38 & 39], the Motions were referred to this Magistrate Judge.

IT IS ORDERED that the Motions are GRANTED. The court advises that any subsequent requests for leave to file briefing in excess of the page limits set by applicable local rule and/or prior direction of this court should be filed in advance of the filing deadline applicable to the pleadings at issue. As to Defendant's request for leave for counsel to appear telephonically at the Parties' March 26, 2015 scheduling conferencing, counsel is instructed to dial chambers at (303) 335-2600 immediately prior to the outset of the conference.

DATED March 24, 2015.