## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03063-RM-NYW

STEPHEN DIERKS, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.

DEX MEDIA, INC., a Delaware corporation,

      Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Defendant Dex Media, Inc.'s ("Defendant") Unopposed Motion for Leave to File Reply Brief in Excess of 15-Page Limit But No More Than 20 Pages [#47], filed April 20, 2015 (the "Motion"). Pursuant to the Order of Reference [#18] dated December 11, 2014 and the Memorandum [#48] dated April 21, 2015, the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is DENIED.

DATED April 21, 2015.