IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03063-RM-NYW

STEPHEN DIERKS, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

DEX MEDIA, INC., a Delaware corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

      This civil actions comes before the court on Plaintiff Stephen Dierks ("Plaintiff") and Defendant Dex Media, Inc.'s ("Dex Media") Joint Motion to Postpone Deadline to File a Proposed ESI Protocol, filed May 15, 2015 [#53] ("Motion").  Pursuant to the Order Referring Case dated December 23, 2014 {#23], the Reassignment dated February 10, 2015 [#29], and the Memorandum dated May 15, 2015 [#53], the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED AS FOLLOWS.

(1) The deadline for the Parties to jointly file a proposed ESI protocol is hereby extended up to and including **June 5, 2015**;

(2) The Parties are directed to file appropriate dismissal papers no later than **June 3, 2015**.

DATED May 15, 2015.